BEFORE THE THIRD DIVISION, JULY 22, 1944

**No. 49639.**—Protests 79160–K, etc., of H. A. Astlett & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry under paragraph 1697 as claimed.

**No. 49640.**—Protests 40699–K, etc., of H. A. Astlett & Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49641.**—Protests 58454–K, etc., of Charles T. Wilson Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49642.**—Protests 58456–K, etc., of J. H. Spiegel, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49643.**—Protests 72404–K, etc., of Littlejohn & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.